UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, <br> Plaintiff, <br> v. <br> EAST BAY HOTEL, LP, <br> Defendant. | Case No. 18-cv-00202-WHO <br><br> **ORDER OF DISMISSAL** <br> Re: Dkt. No. 6 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: March 7, 2018

_____
WILLIAM H. ORRICK
United States District Judge